UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FIFTY THOUSAND SIX HUNDRED
NINETY TWO DOLLARS AND
FORTY SIX CENTS IN U.S. CURRENCY
($50,692.46) FROM DEARBORN VILLAGE
COMMUNITY CREDIT UNION
ACCOUNT #367929; TWENTY SEVEN
THOUSAND SIXTY DOLLARS AND
FIVE CENTS IN U.S. CURRENCY
($27,060.05) FROM JP MORGAN CHASE
BANK ACCOUNT #722769007; AND NINE
THOUSAND EIGHT HUNDRED NINETY
DOLLARS ($9,890.00) IN U.S. CURRENCY,

    Defendants *in Rem*.
_____/

Civil Case No.  2:11-cv-12111

Honorable George Caram Steeh

### ORDER STAYING CIVIL FORFEITURE PROCEEDINGS AND ADMINISTRATIVELY CLOSING CASE

Upon the accompanying Stipulation for Stay of Civil Forfeiture Proceedings and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that the United States shall promptly inform the Claimants through counsel, if any, of the culmination or termination of the criminal investigation, whether by discontinuance or by the initiation of criminal prosecution.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties may move to reopen the case and shall be afforded a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

Dated:   September 8, 2011                    s/George Caram Steeh
                                              HONORABLE GEORGE CARAM STEEH
                                              United States District Judge